## Marietta Kitchen, Appellant, v. George E. Weatherby, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Macon county; the Hon. WIL-LIAM K. WHITFIELD, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Marietta Kitchen, plaintiff, against George E. Weatherby, defendant, to recover damages for personal injuries sustained by plaintiff in a collision between her automobile and defendant's car. From a judgment for defendant on a directed verdict, plaintiff appeals.

REDMON, HOGAN & REDMON, for appellant.

MILLS BROTHERS, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. PARENT AND CHILD, § 39*—liability of parent for torts of child. A parent is not liable for the torts of a minor child.

2. PARENT AND CHILD, § 39*—when evidence insufficient to show that child had permission to use automobile. Evidence held insufficient to show that defendant's son had general permission from defendant to use defendant's automobile, in an action to recover damages for personal injuries sustained by plaintiff in a collision with defendant's automobile while it was being driven by defendant's son.

3. PARENT AND CHILD, § 39*—when evidence insufficient to show liability of parent for negligence of son using father's automobile. In an action to recover damages for personal injuries sustained by

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

plaintiff in a collision with defendant's automobile while it was being driven by defendant's son, where there was no evidence whether said son was a minor or an adult, or that the car was being used on defendant's business, or that the son had ever received defendant's permission to use the car, or was at the time of the accident using it with defendant's knowledge or consent or had ever so used it, *held* that the evidence was insufficient to show defendant's liability for the accident.

---

## City of Monticello, Appellee, v. Ira Clodfelter, Appellant.

### (Not to be reported in full.)

Appeal from the County Court of Piatt county; the Hon. W. A. Doss, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action in debt by the City of Monticello, plaintiff, against Ira Clodfelter, defendant, to recover for violation by defendant of an ordinance of plaintiff as to intoxicating liquors. From a judgment for plaintiff upon two counts, one for selling such liquors and one for keeping a place where such liquors were sold, and assessing a fine of fifty dollars upon each count, defendant appeals.

J. L. HICKS, for appellant.

F. M. SHONKWILER, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.